**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

            CASE NO.: 2019 CA 001967 B

 Plaintiff,

vs.

ADELA PATRICIA
ROSENTHAL-HIDALGO,
BUS-COMM, INC., CABLE COLOR, S.A.
DE C.V., CARLOS JOSE
ROSENTHAL-HIDALGO, CESAR
AUGUSTO ROSENTHAL-HIDALGO,
CREDIFLASH, LLC, FONDO DE
INVERSIONES, S.A., PRESTADITO DE
COSTA RICA, S.A.,

 Defendants.
_____/

## NOTICE OF REMOVAL

  Defendants, BUS-COMM, INC. ("Bus-Comm") and CREDIFLASH, LLC ("Crediflash"), pursuant to 28 U.S.C. §§ 1441(b) and 1446, give notice of their removal to the United States District Court for the District of Columbia of this proceeding, filed in the Superior Court of the District of Columbia, under the caption *Quinn Emanuel Urquhart & Sullivan, LLP vs. Adela Patricia Rosenthal-Hidalgo, et al.*, Case No. 2019 CA 001967 B.  Bus-Comm and Crediflash further state:

  1. Plaintiff filed the Complaint on March 25, 2019.  Defendants Bus-Comm and Crediflash were served on April 8, 2019.  A copy of the Complaint and Summonses are attached as **Exhibit A**.

  2. Crediflash and Bus-Comm remove this case based upon federal diversity jurisdiction under 28 U.S.C. § 1332.

3. The amount in controversy exceeds $75,000.00. Specifically, Plaintiff's Prayer for Relief requests "compensatory and consequential damages of at least $959,000." [Complaint at pg. 32, ¶1].

4. There is complete diversity of citizenship because the Plaintiff is a citizen of California while the Defendants are all citizens of either Florida or various foreign states. Plaintiff is California limited liability partnership with its principle place of business in Los Angeles, California. Defendants Adela Patricia Rosenthal-Hidalgo, Carlos Jose Rosenthal-Hidalgo, and Cesar Augusto Rosenthal-Hidalgo are citizens and residents of the Republic of Honduras. [Complaint at pg. 3, and pg. 4 ¶3]. Defendants Cable Color, S.A. de C.V. are Fondo de Inversiones, S.A. are businesses based in the Republic of Honduras. [Complaint at pg. 3, and pg. 4 ¶3]. Defendant Bus-Comm, Inc. is a Florida corporation. [Complaint at pg. 3, and pg. 4 ¶3]. Defendant Crediflash, LLC is a Florida limited liability corporation. [Complaint at pg. 3, and pg. 4 ¶3]. Defendant Prestadito de Costa Rica, S.A. is a business based in the Republic of Costa Rica.

5. Pursuant to 28 U.S.C. § 1446(d), will promptly give written notice of the Notice of Removal to counsel for all parties and file a copy of same with the Clerk of the Superior Court of the District of Columbia.

6. The undersigned notes that Attorney Jose Teurbe-Tolon, Esq. will be the primary attorney for Crediflash, LLC. and Luis Fernandez, Esq. will be the primary attorney for Bus-Comm, Inc. Both attorneys will be filing motions to appear pro hac vice immediately and will enter the appropriate appearance based on the client's defenses. The undersigned, Victor E. Rocha, Esq. will serve as local counsel.

**LAW OFFICES OF VICTOR E. ROCHA, P. A.**
990 Biscayne Blvd, Suite O-903
Miami, FL 33132
PH: (305) 774-9111
FX: (305) 514-0987
Email: vicrocha@comcast.net

BY: /S/ ***Victor E. Rocha***
Victor E. Rocha, Esq.
DC Bar No.:993638

XANDER LAW GROUP, P.A.
One NE 2nd Avenue, Suite 200
Miami, Florida 33132
Tel: (305) 767-2001
Fax: (855) 926-337
jose@xanderlaw.com
david@xanderlaw.com

By: /s/ Jose Teurbe-Tolon
Jose Teurbe-Tolon
Fla. Bar No. 87791

LUIS FERNANDEZ, P.A.
2250 SW 3 Avenue, suite 303
Miami, Florida 33129
Tel: (305) 854-5955
Fax: (305) 854-5324
lfernandezlaw@aol.com

By: /s/ Luis Fernandez
Luis Fernandez
Fla. Bar No. 271578