IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>ADELA PATRICIA ROSENTHAL-HIDALGO, *et al.,*<br><br>      Defendants. | Civil Action No. 19-1331 (JEB) |

**DEFENDANTS' COURT-ORDERED STATUS REPORT**

      Defendants Adela Patricia Rosenthal-Hidalgo, Cable Color, S.A. De C.V., Carlos Jose Rosenthal-Hidalgo, Cesar Augusto Rosenthal-Hidalgo, Fondo De Inversiones, S.A. and Prestadito De Costa Rica, S.A. ("Co-Defendants"), as well as Defendants Bus-Comm, Inc. and Crediflash, LLC (collectively "Defendants"), by and through the undersigned counsel, hereby respectfully submit this Court-ordered status report.

      Defendants agreed to file a status report separately from Plaintiff's status report following the Court-ordered meet and confer, DE32, which took place on November 4, 2019.

      At the meet and confer, counsel for Co-Defendants inquired whether Plaintiff intends to present any evidence to meet its burden as suggested by the Court, DE32, at 3 & n.1. Counsel for Plaintiff represented that Plaintiff may reach out to lawyers at Diaz, Reus & Targ, LLP in an effort to obtain further information. Counsel for Co-Defendants is not aware of any additional evidence Plaintiff intends to present at this time.

1

Counsel for Plaintiff also mentioned that Plaintiff is contemplating bringing a motion for leave to effect service through alternative means, and that it believes such a motion would "moot" Co-Defendant's Motion to Quash. Counsel for Co-Defendants represented that it disagrees with Plaintiff's position that a motion for leave to effect alternative service (or an order authorizing the same) would "moot" the pending Motion to Quash. Indeed, when a district court "direct[s] that [proper] service be effected within a specified time, [it must still] quash[] the defective service." *Canuto v. Mattis,* 273 F. Supp. 3d 127, 137 (D.D.C. 2017). A motion for leave to effect service through alternative means would further support an order quashing defective service.

Dated: November 6, 2019                                   Respectfully Submitted,

 

By: *s/David S. Harris*
    DAVID S. HARRIS, ESQ.
    D.C. Bar No. 461126
    LAW OFFICE OF DAVID S. HARRIS
    6431 SW 39TH Street
    Miami, FL  33155-4813
    Tel.: 786-306-7278
    Fax: 786-577-0425
    Email: davidharris@att.net


By: */s/ Jose Teurbe-Tolon*
    Jose Teurbe-Tolon
    Fla. Bar No. 87791

By: */s/ Victor E. Rocha*
    Victor E. Rocha, Esq.
    DC Bar No.:993638

By: */s/ Luis Fernandez*
    Luis Fernandez, Esq.
    Fla. Bar No. 271578

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on November 6, 2019, I electronically filed with the Clerk of the Court the foregoing using the CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on all counsel of record.

*s/David S. Harris*
DAVID S. HARRIS, ESQ.
(D.C. Bar No. 461126)
