# EXHIBIT G

```
ORIGIN ID:TSGA      (202) 538-8142        SHIP DATE: 01APR20
CLERK OF COURT                            ACTWGT: 0.50 LB
U.S. DISTRICT COURT                       CAD: 251273759/INET4220
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US                   BILL SENDER
SIGN: CLERK OF COURT                      NO EEI 30.37(a)
```

TO **ADELA PATRICIA ROSENTHAL-HIDALGO**
**EDIFICIO CANAL 11**
**BOULEVARD DEL NORTE**
**FRENTE A CERVECERIA HONDURENA**
**SAN PEDRO SULA DC** (HN)

50425401234        REF: 00811-00140
INV
PO:                          DEPT:




TRK# **7701 4501 6209**     PM
0430                         INTL PRIORITY

**X5 SAPA**                  **444**
                    -HN      **MIA**



**David Needham**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 2:12 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145016209 Delivered |

[EXTERNAL EMAIL]



## Your package has been delivered
Tracking # 770145016209

Ship date:
Thu, 4/30/2020
WASHINGTON, DC
US

Delivered

Delivery date:
Tue, 5/5/2020 11:13 am
SAN PEDRO SULA, **
HN

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 770145016209 |
| **Status:** | Delivered: 05/05/2020 11:13 AM Signed for By: S.SEGURIDAD |
| **Reference:** | 00811-00140 |
| **Signed for by:** | S.SEGURIDAD |
| **Delivery location:** | SAN PEDRO SULA, DC |
| **Delivered to:** | Guard/Security Station |
| **Service type:** | International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:11 PM CDT on 05/05/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

1

▶ Insert shipping document here.

ORIGIN ID:TSGA  (202) 538-8142
CLERK OF COURT
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US
SIGN: CLERK OF COURT

SHIP DATE: 01APR20
ACTWGT: 0.50 LB
CAD: 251273759/INET4220

BILL SENDER
NO EEI 30.37(a)

TO CARLOS JOSE ROSENTHAL-HIDALGO
EDIFICIO CANAL 11
BOULEVARD DEL NORTE
FRENTE A CERVECERIA HONDURENA
SAN PEDRO SULA DC
50425401234
INV
PO                    REF: 00811-00140
                      DEPT:

(HN)



TRK# 7701 4503 0934       PM
0430                INTL PRIORITY

X5 SAPA              444
            -HN      MIA



Extremely Urgent



**David Needham**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 2:11 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145030934 Delivered |

[EXTERNAL EMAIL]

## Your package has been delivered
Tracking # 770145030934

Ship date:
Thu, 4/30/2020
WASHINGTON, DC
US

Delivered

Delivery date:
Tue, 5/5/2020 11:13 am
SAN PEDRO SULA, DC
HN



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770145030934 |
| Status: | Delivered: 05/05/2020 11:13 AM Signed for By: S.SEGURIDAD |
| Reference: | 00811-00140 |
| Signed for by: | S.SEGURIDAD |
| Delivery location: | SAN PEDRO SULA, DC |
| Delivered to: | Guard/Security Station |
| Service type: | International Priority® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 5/6/2020 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:11 PM CDT on 05/05/2020.

All weights are estimated.

1

▶ Insert shipping document here.

ORIGIN ID:TSGA    (202) 538-8142
CLERK OF COURT
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US
SIGN: CLERK OF COURT

SHIP DATE: 01APR20
ACTWGT: 0.50 LB
CAD: 251273759/INET4220

BILL SENDER
NO EEI 30.37(a)

TO CARLOS JOSE ROSENTHAL-HIDALGO
BARRIO RIO PIEDRAS, CUARTA CALLE B
AVENIDA VEINTISEIS, ESQUINA OPUESTA
AL CLUB HONDURENO ARABE, S.O.
SAN PEDRO SULA DC
2025388142       REF: 00811-00140
INV:
PO:              DEPT:

(HN)



FedEx Express

TRK# 7701 4514 1257
0430

X5 SAPA          -HN

PM
INTL PRIORITY
RES
444
MIA



Extremely Urgent




## David Needham

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 3:16 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145141257 Delivered |

[EXTERNAL EMAIL]

# Your package has been delivered
## Tracking # 770145141257

**Ship date:**
Thu, 4/30/2020
WASHINGTON,, DC
US

Delivered

**Delivery date:**
Tue, 5/5/2020 10:29 am
SAN PEDRO SULA,, DC
HN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 770145141257 |
| **Status:** | Delivered: 05/05/2020 10:29 AM Signed for By: M.FLORES |
| **Reference:** | 00811-00140 |
| **Signed for by:** | M.FLORES |
| **Delivery location:** | SAN PEDRO SULA,, DC |
| **Delivered to:** | Guard/Security Station |
| **Service type:** | International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 5/6/2020 by 6:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:16 PM CDT on 05/05/2020.

1

▶ Insert shipping document here.

ORIGIN ID:TSGA  (202) 538-8142
CLERK OF COURT
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US
SIGN: CLERK OF COURT

SHIP DATE: 01APR20
ACTWGT: 0.50 LB
CAD: 251273759/INET4220

BILL SENDER
NO EEI 30.37(a)

TO CESAR AUGUSTO ROSENTHAL-HIDALGO
BARRIO RIO PIEDRAS
AVENIDA VEINTISEIS, CALLES CUATRO Y
CINCO, S.O., CASA #45
SAN PEDRO SULA DC
2025388142
INV:
PO:   REF: 00811-00140
       DEPT:

(HN)



TRK# 0430  7701 4518 0313

PM
INTL PRIORITY

X5 SAPA

RES
444
-HN    MIA




Extremely Urgent


FedEx

**David Needham**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 4:43 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145180313 Delivered |

[EXTERNAL EMAIL]

## Your package has been delivered
### Tracking # 770145180313

Ship date:
Thu, 4/30/2020
WASHINGTON,, DC
US

Delivered

Delivery date:
Tue, 5/5/2020 2:41 pm
SAN PEDRO SULA,, DC
HN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770145180313 |
| Status: | Delivered: 05/05/2020 2:41 PM Signed for By: R.RAMOS |
| Reference: | 00811-00140 |
| Signed for by: | R.RAMOS |
| Delivery location: | SAN PEDRO SULA,, DC |
| Delivered to: | Residence |
| Service type: | International Priority® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 5/6/2020 by 6:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:42 PM CDT on 05/05/2020.

1

```
ORIGIN ID:TSGA      (202) 538-8142         SHIP DATE: 01APR20
CLERK OF COURT                             ACTWGT: 0.50 LB
U.S. DISTRICT COURT                        CAD: 251273759/INET4220
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US                    BILL SENDER
SIGN: CLERK OF COURT                       NO EEI 30.37(a)

TO CESAR AUGUSTO ROSENTHAL-HIDALGO
   EDIFICIO CANAL 11
   BOULEVARD DEL NORTE
   FRENTE A CERVECERIA HONDURENA
   SAN PEDRO SULA DC
   50425401234                              (HN)
   INV:           REF: 00811-00140
   PO:                           DEPT:
```



TRK# 7701 4506 5034    PM
0430                   INTL PRIORITY

**X5 SAPA**    444
       -HN     MIA



Extremely Urgent

**David Needham**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 2:11 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145065034 Delivered |

[EXTERNAL EMAIL]

## Your package has been delivered
Tracking # 770145065034

Ship date:
Thu, 4/30/2020
WASHINGTON,, DC
US

Delivered

Delivery date:
Tue, 5/5/2020 11:13 am
SAN PEDRO SULA,, DC
HN

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770145065034 |
| Status: | Delivered: 05/05/2020 11:13 AM Signed for By: S.SEGURIDAD |
| Reference: | 00811-00140 |
| Signed for by: | S.SEGURIDAD |
| Delivery location: | SAN PEDRO SULA,, DC |
| Delivered to: | Guard/Security Station |
| Service type: | International Priority® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 5/6/2020 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:11 PM CDT on 05/05/2020.

All weights are estimated.

1





# David Needham

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 10:54 AM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145234762 Delivered |

**[EXTERNAL EMAIL]**

## Your package has been delivered
### Tracking # 770145234762

**Ship date:**
Thu, 4/30/2020
WASHINGTON,, DC
US

Delivered

**Delivery date:**
Tue, 5/5/2020 8:46 am
SAN JOSE,, DC
CR

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 770145234762 |
| **Status:** | Delivered: 05/05/2020 08:46 AM Signed for By: A.ANAYANCI PENA |
| **Reference:** | 00811-00140 |
| **Signed for by:** | A.ANAYANCI PENA |
| **Delivery location:** | SAN JOSE,, DC |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 5/5/2020 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:53 AM CDT on 05/05/2020.

All weights are estimated.

1



ORIGIN ID:TSGA   (202) 538-8142
CLERK OF COURT
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001 US
SIGN: CLERK OF COURT

SHIP DATE: 01APR20
ACTWGT: 0.50 LB
CAD: 251273759/INET4220

BILL SENDER
NO EEI 30.37(a)

TO CABLE COLOR, S.A. DE C.V.
EDIFICIO CANAL 11
BOULEVARD DEL NORTE
FRENTE A CERVECERIA HONDURENA
SAN PEDRO SULA DC
50425401234
INV:                REF: 00811-00140
PO:                 DEPT:

(HN)

FedEx Express

TRK# 7701 4512 0774
0430

PM
INTL PRIORITY



X5 SAPA            444
            -HN    MIA

Extremely Urgent

**David Needham**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 5, 2020 2:12 PM |
| **To:** | David Needham |
| **Subject:** | FedEx Shipment 770145120774 Delivered |

[EXTERNAL EMAIL]



# Your package has been delivered
## Tracking # 770145120774

**Ship date:**
Thu, 4/30/2020
WASHINGTON, DC
US

Delivered

**Delivery date:**
Tue, 5/5/2020 11:13 am
SAN PEDRO SULA, DC
HN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 770145120774 |
| **Status:** | Delivered: 05/05/2020 11:13 AM Signed for By: S.SEGURIDAD |
| **Reference:** | 00811-00140 |
| **Signed for by:** | S.SEGURIDAD |
| **Delivery location:** | SAN PEDRO SULA, DC |
| **Delivered to:** | Guard/Security Station |
| **Service type:** | International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 5/6/2020 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:11 PM CDT on 05/05/2020.

All weights are estimated.

EXHIBIT A

1