# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7098**  **September Term, 2021**

**1:19-cv-01331-CJN**

**Filed On: November 5, 2021** [1921085]

Quinn Emanuel Urquhart & Sullivan LLP,

    Appellee

  v.

Adela Patricia Rosenthal-Hidalgo, et al.,

    Appellants

Bus-Comm, Inc. and Crediflash, LLC,

    Appellees

## M A N D A T E

In accordance with the order of November 5, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

               BY:    /s/
                          Laura M. Chipley
                          Deputy Clerk

Link to the order filed November 5, 2021