# United States Court of Appeals
## For The District of Columbia Circuit

**No. 21-7098**  **September Term, 2021**

**1:19-cv-01331-CJN**

**Filed On:** November 5, 2021

Quinn Emanuel Urquhart & Sullivan LLP,

    Appellee

v.

Adela Patricia Rosenthal-Hidalgo, et al.,

    Appellants

Bus-Comm, Inc. and Crediflash, LLC,

    Appellees

**O R D E R**

Upon consideration of the motion to dismiss of appellee Quinn Emanuel Urquhart & Sullivan, LLP, and the consent motion of appellants for voluntary dismissal of appeal, it is

**ORDERED** that the consent motion of appellants for voluntary dismissal of appeal be granted and this case be dismissed. It is

**FURTHER ORDERED** that appellee's motion to dismiss be dismissed as moot.

The Clerk is directed to issue the mandate to the district court forthwith.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Laura Chipley
           Deputy Clerk