UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUINN EMANUEL URQUHART & SULLIVAN, LLP,

    *Plaintiff*,

  v.

ADELA PATRICIA ROSENTHAL-HIDALGO, et al.,

    *Defendants*.

Civil Action No. 1:19-cv-01331 (CJN)

## SCHEDULING ORDER

The parties shall adhere to the following schedule governing discovery and briefing of dispositive motions:

| # | Item | Date |
|---|------|------|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **January 20, 2023** |
| 2. | Initial disclosures by | **February 3, 2023** |
| 3. | Fact discovery shall be completed by | **September 1, 2023** |
| 4. | Plaintiff and Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 8, 2023** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 15, 2023** |
| 6. | Expert depositions may begin on | **September 18, 2023** |
| 7. | Expert discovery shall be completed by | **October 6, 2023** |
| 8. | Dispositive motions, including those regarding summary judgment, shall be filed by | **October 20, 2023** |
| 9. | Opposition to dispositive motions shall be filed by | **December 1, 2023** |

2

10. Reply to dispositive motions shall be filed by **December 22, 2023**

      In addition, the parties shall appear for a post-discovery status conference by telephone on **October 9, 2023**, at 10:00 a.m.

      It is so **ORDERED**.

DATE: December 30, 2022

                                             CARL J. NICHOLS  
                                             United States District Judge