## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> ADELA PATRICIA ROSENTHAL-HIDALGO, BUS-COMM, INC., CABLE COLOR, S.A. DE C.V., CARLOS JOSE ROSENTHAL-HIDALGO, CESAR AUGUSTO ROSENTHAL-HIDALGO, CREDIFLASH, LLC, FONDO DE INVERSIONES, S.A., PRESTADITO DE COSTA RICA, S.A., <br><br> *Defendants*. | Civil Action No. 1:19-cv-01331 (CJN) |

## JOINT NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to the parties' settlement agreement, Rule 41(a)(1)(A)(ii), and this joint stipulation, Plaintiff Quinn Emanuel Urquhart & Sullivan, LLP, and Counterclaim Plaintiffs Adela Patricia Rosenthal-Hidalgo, Cable Color, S.A. de C.V., Carlos Jose Rosenthal-Hidalgo, Cesar Augusto Rosenthal-Hidalgo, Fondo de Inversiones, S.A., and Prestadito de Costa Rica, S.A., hereby dismiss this action without prejudice, contingent on Plaintiff's ability to reinstate the action if Defendants do not fulfill their four remaining monthly settlement payments as agreed.

Date: January 18, 2024                     Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>By: /s/ *David Needham*<br>David Needham (DC Bar No. 1017372)<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>davidneedham@quinnemanuel.com<br><br>*Counsel for Plaintiff* | LAW OFFICES OF DAVID S. HARRIS<br>By: /s/ *David S. Harris*<br>David S. Harris, Esq. (D.C. Bar No. 461126)<br>6431 S.W. 39th Street<br>Miami, Florida 33155<br>Tel.: (786) 306-7278<br>Fax: (786) 577-0425<br>davidharris@att.net<br><br>*Counsel for Defendants Adela Patricia Rosenthal-Hidalgo, Cable Color, S.A. de C.V., Carlos Jose Rosenthal-Hidalgo, Cesar Augusto Rosenthal-Hidalgo, Fondo de Inversiones, S.A., and Prestadito de Costa Rica, S.A.*<br><br>XANDER LAW GROUP, P.A.<br>By: /s/ *Jose Teurbe-Tolon*<br>Jose Teurbe-Tolon (pro hac vice) (Fla. Bar No. 87791)<br>One NE 2 Avenue, Suite 200<br>Miami, Florida 33132<br>Tel.: (305) 767-2001<br>Fax: (855) 926-337<br>jose@xanderlaw.com<br><br>LUIS FERNANDEZ LAW<br>Luis Fernandez, Esq. (pro hac vice) (Fla. Bar No. 271578)<br>2250 SW 3 Avenue, Suite 303<br>Miami, Florida 33129<br>Tel.: (305) 854-5955<br>Fax: (855) 854-5324<br>lfernandezlaw@aol.com<br><br>LAW OFFICES OF VICTOR E. ROCHA, P.A.<br>Victor E. Rocha, Esq. (DC Bar No. 993638)<br>990 Biscayne Blvd, Suite O-903<br>Miami, FL 33132<br>Tel.: (305) 774-9111<br>Fax: (305) 514-0987<br>vicrocha@comcast.net<br><br>*Counsel for Defendants Crediflash, LLC and Bus-Comm, Inc.* |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rules 5.3 and 5.4(d), I certify that a true and correct copy of Notice Of Stipulated Dismissal Without Prejudice has been furnished via ECF to all counsel of record on January 18, 2024.

/s/ *David Needham*